FILE COPY



# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 64th District Court of Hale County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on July 14, 2017, the cause upon appeal to revise or reverse your judgment between

**Matthew Ulysses Thompson v. The State of Texas**

**Case Number:  07-17-00130-CR Trial Court Number:  B20210-1604**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated July 14, 2017, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 64th District Court of Hale County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on July 14, 2017.

*Vivian Long*
VIVIAN LONG, CLERK

